UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| **STERLING SAVINGS BANK**, a Washington chartered commercial bank, | ) ) ) | No. 3:12-cv-000269-HU |
| | ) | OPINION AND ORDER |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **SING CHAN** and **DEBBIE CHAN**, | ) ) | |
| Defendants, | ) ) | |
| v. | ) ) | |
| **STERLING SAVINGS BANK**, a Washington chartered commercial bank, | ) ) ) | |
| Counterclaim Defendant, | ) ) | |
| And | ) ) | |
| **NORRIS BEGGS & SIMPSON NORTHWEST LIMITED PARTNERSHIP**, dba NAI NORRIS BEGGS & SIMPSON; **KEVIN E. PUTNEY**; **STARK GROUP LLC**, an Oregon limited liability company; **MARK MADDEN**; and **SHAWN MARVIN**, | ) ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

Sanford R. Landress
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201

Page 1 - OPINION AND ORDER

1    Attorney for Sterling Savings Bank and Shawn Marvin

2 Gregory P. Dolinajec
3735 SE Clay Street
3 Portland, OR 97214

4    Attorney for Sing Chan and Debbie Chan

5 Megan Cook
Richard J. Whittemore
6 BULLIVANT HOUSER BAILEY PC
888 SW Fifth Avenue, Suite 300
7 Portland, OR 97204-2089

8    Attorneys for Stark Group LLC and Mark Madden

9 **HUBEL, J.,**

10    Before the court are two motions to compel, filed on July 11, 11 2012, by defendants Sing Chan and Debbie Chan (collectively, 12 "Defendants") in the above-captioned case: (1) Defendants' motion 13 (Docket No. 25) to compel responses to Request Nos. 1-19 of its 14 first request for production to third-party defendants Stark Group 15 LLC and Mark Madden; and (2) Defendants' motion (Docket No. 26) to 16 compel responses to Request Nos. 1-16 of its first request for 17 production to plaintiff Sterling Savings Bank ("Plaintiff").  As 18 the parties conceded during the July 27, 2012 oral argument, 19 Defendants seek production of documents in three distinct 20 categories: (1) all documents relating to Plaintiff's loan 21 transaction with Defendants; (2) all documents relating to loan 22 transactions which Stark Group LLC and/or Mark Madden and Plaintiff 23 may have entered into between January 1, 2007 and December 31, 24 2008; and (3) all documents relating to Plaintiff's loan 25 transactions with third persons who are not parties to this 26 litigation, which were "secured by property located within the area 27 generally known as The Pearl District, Portland, Oregon."

28

Page 2 - OPINION AND ORDER

For the reasons stated on the record at the time of oral argument, all of which are incorporated herein by reference, Defendants' motions (Docket Nos. 25 and 26) to compel are GRANTED in part and DENIED in part.  Plaintiff, Stark Group LLC and Mark Madden must produce (1) all documents relating to Plaintiff's loan transaction with Defendants (i.e., the loan on the property in question), subject to Plaintiff's privilege log and any privilege log produced by Stark Group LLC and/or Mark Madden; and (2) all documents relating to loan transactions which Stark Group LLC and/or Mark Madden and Plaintiff may have entered into between January 1, 2007 and July 14, 2008, the closing date of the loan transaction between Plaintiff and Defendants.  Defendants' motion is denied with respect to the third category of documents requested.

All documents ordered to be produced shall be provided to Defendants' counsel by August 20, 2012.  Defendants must bear the cost of photocopying and Defendants' counsel must confer with opposing counsel as to the scope of the second category of documents requested.

A fourth category of documents was raised in the written motion to compel production from Stark Group LLC and/or Madden, which was not discussed by the parties during oral argument: "REQUEST FOR PRODUCTION NO. 12: All documents in [Stark Group LLC and/or Madden]'s possession, custody or control relating to other appraisals obtained by [Stark Group LLC and/or Madden] for loans originated in 2008 secured by property located within the area generally known as The Pearl District, Portland, Oregon." (Defs.' Mot. Compel (Docket No. 26) at 3.)  To the extent Defendants'

Page 3 - OPINION AND ORDER

motion seek the appraisal documents for loans originated in 2008 between Plaintiff as lender and Madden and/or Stark Group as the borrowers, the motion is granted as above, but beyond that, for appraisal documents for loans from other lenders to Stark Group LLC and Madden, the motion is denied at this time with permission to renew it if new information becomes available on this issue through the discovery ordered herein which suggests a different ruling is appropriate.

IT IS SO ORDERED.

Dated this _8th___ day of August, 2012.

/s/ Dennis J. Hubel

_____
DENNIS J. HUBEL
United States Magistrate Judge

Page 4 - OPINION AND ORDER